NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK KEVIN HADSELL, II,
DOC #C11899                        )
                                   )
                                   )
           Appellant,              )
                                   )
v.                                 )          Case No. 2D17-4297
                                   )
STATE OF FLORIDA,                  )
                                   )
           Appellee.               )
                                   )

Opinion filed August 16, 2019.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public Defender, and
Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


           Affirmed.


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.